UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**ANDREW B. FINBERG, ESQ.**
**LAW OFFICES OF ANDREW B. FINBERG, LLC**
525 Route 73 South, Ste. 200
Marlton, NJ 08053
(856)988-9055
**Attorney for Debtor(s)**

Order Filed on September 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
**JOY C. MURL**

Case No.: 18-25714

Adv. No.:

Hearing Date:

Judge: CMG

## ORDER EXTENDING THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: September 10, 2018

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Debtor: Joy C. Murl**
**Case No: 18-25714**
**Caption of Order:** Order Extending the Automatic Stay

---

Upon consideration of the Debtors' Motion for Order to Extend the Automatic Stay Pursuant to 11 U.S.C. §362(a) as to all creditors and good cause appearing therefore, it is hereby;

**ORDERED** that the automatic stay is extended as to all creditors served with the notice of motion effective immediately.