| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**ANDREW B. FINBERG, ESQ.**<br>**LAW OFFICES OF ANDREW B. FINBERG, LLC**<br>**525 Route 73 South, Ste. 200**<br>**Marlton, NJ 08053**<br>**(856)988-9055**<br>**Attorney for Debtor(s)** |
|---|

**Order Filed on September 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**JOY C. MURL**

Case No.: 18-25714

Adv. No.:

Hearing Date:

Judge: CMG

ORDER EXTENDING THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 10, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2 of 2
**Debtor: Joy C. Murl**
**Case No: 18-25714**
**Caption of Order:** Order Extending the Automatic Stay

---

Upon consideration of the Debtors' Motion for Order to Extend the Automatic Stay Pursuant to 11 U.S.C. §362(a) as to all creditors and good cause appearing therefore, it is hereby;

**ORDERED** that the automatic stay is extended as to all creditors served with the notice of motion effective immediately.

United States Bankruptcy Court
District of New Jersey

In re:  
Joy C. Murl  
    Debtor

Case No. 18-25714-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Sep 10, 2018  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2018.  
db          +Joy C. Murl,    2 Jaffrey Way,    Trenton, NJ 08620-1524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2018 at the address(es) listed below:  
        Albert Russo    docs@russotrustee.com  
        Andrew B. Finberg    on behalf of Debtor Joy C. Murl andy@sjbankruptcylaw.com,  
         abfecf@gmail.com;finbergar39848@notify.bestcase.com  
        Kevin Gordon McDonald    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency  
         kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                       TOTAL: 4