Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.:  18−25714−CMG
                              Chapter:  13
                              Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joy C. Murl
   2 Jaffrey Way
   Trenton, NJ 08620

Social Security No.:
   xxx−xx−8836

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/5/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 5, 2019
JAN: wir

                                                                               Jeanne Naughton
                                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-25714-CMG
Joy C. Murl                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Sep 05, 2019
                              Form ID: 148             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2019.
db           +Joy C. Murl,   2 Jaffrey Way,   Trenton, NJ 08620-1524
517687448    +Cenlar Federal Savings & Loan,   P.O. Box 77404,   Trenton, NJ 08628-6404
517790060    +Credit Union of New Jersey,   c/o Peter J. Liska, LLC,   766 Shrewsbury Ave.,
              Tinton Falls, NJ 07724-3001
517687451    +Haris Auto,   1010 Route 206,   Bordentown, NJ 08505-2114
517687452    +KML Law Group PC,   216 Haddon Ave, Suite 406,   Collingswood, NJ 08108-2812
517813690    +New Jersey Housing and Mortgage Finance Agency,   c/o Cenlar FSB,   425 Phillips Blvd,
              Ewing, NJ 08618-1430
517687454    +Student Loan Funding Corp,   501 Bleecker Street,   Utica, NY 13501-2401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 06 2019 01:12:42    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 06 2019 01:12:40     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517687450     E-mail/Text: bankruptcy@cunj.org Sep 06 2019 01:12:33    Credit Union of New Jersey,
              P.O. Box 7921,   Trenton, NJ 08628
517687447     EDI: CAPITALONE.COM Sep 06 2019 04:43:00    Capital One,   PO Box 30285,
              Salt Lake City, UT 84130-0285
517770846     EDI: BL-BECKET.COM Sep 06 2019 04:43:00    Capital One, N.A.,   c/o Becket and Lee LLP,
              PO Box 3001,   Malvern PA 19355-0701
517687449    +EDI: WFNNB.COM Sep 06 2019 04:43:00    Comenity Bank,   Bankruptcy Department,   PO Box 182120,
              Columbus, OH 43218-2120
517808246     EDI: PRA.COM Sep 06 2019 04:43:00    Portfolio Recovery Associates, LLC,   c/o The Home Depot,
              POB 41067,   Norfolk VA 23541
517687453    +EDI: PRA.COM Sep 06 2019 04:43:00    Portfolio Recovery & Affil,   Attn: Bankruptcy,
              120 Corporate Blvd., Ste. 100,   Norfolk, VA 23502-4952
517687455    +EDI: VERIZONCOMB.COM Sep 06 2019 04:43:00    Verizon,   P.O. Box 650584,
              Dallas, TX 75265-0584
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2019 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Andrew B. Finberg    on behalf of Debtor Joy C. Murl andy@sjbankruptcylaw.com,
           abfecf@gmail.com;finbergar39848@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor   New Jersey Housing And Mortgage Finance Agency
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor   New Jersey Housing And Mortgage Finance Agency
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6